# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MEDRANO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON MURRAY, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-00166-EPG-HC<br><br>ORDER VACATING HEARING SET FOR FEBRUARY 13, 2025<br><br>ORDER TO RESPOND<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER TO ELECTRONICALLY FILE TRANSCRIPTS AND OTHER NECESSARY DOCUMENTS<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

Petitioner Sergio Medrano, represented by counsel, is an immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks habeas relief and moves for a temporary restraining order, alleging that he has been in the custody of Immigration and Customs Enforcement since June 22, 2023, and has not had a bond hearing, in violation of the Fifth Amendment. (ECF Nos. 1, 3.)

The Court has conducted a preliminary review of the Petition and the Motion for a Temporary Restraining Order, and it is not clear from the face of the Petition and Motion whether Petitioner is entitled to relief. 28 U.S.C. § 2243. Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases,[1] the Court HEREBY ORDERS:

---

[1] The Rules Governing Section 2254 Cases may apply to § 2241 habeas petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases.

1

1. The hearing on the Motion for Temporary Restraining Order set for February 13, 2025 is VACATED.

2. Within **SEVEN (7) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the Motion for Temporary Restraining Order (ECF No. 3).

3. Petitioner MAY FILE a Reply to the Response to the Motion for Temporary Restraining Order within **SEVEN (7) days** after the Response is served. Thereafter, the Court will set a hearing if necessary.

4. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the Petition. See Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473–74 (9th Cir. 1985) (court has discretion to fix time for filing a response). A Response can be made by filing one of the following:

    A. AN ANSWER addressing the merits of the Petition. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER, but must also address the merits of the claim asserted.

    B. A MOTION TO DISMISS the Petition.

4. Within **SIXTY (60) days** after service of this order, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. See Rule 5(c), Rules Governing Section 2254 Cases. **The transcripts or other documents shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format. Respondent shall not file a hard copy of the transcripts or other documents unless so ordered by this Court.**

5. If Respondent files an Answer to the Petition, Petitioner MAY FILE a Traverse within **THIRTY (30) days** of the date of service of Respondent's Answer. If no Traverse is filed, the Petition and Answer are deemed submitted at the expiration of the thirty days.

6. If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **TWENTY-ONE (21) days** of the date of service of Respondent's Motion. Any Reply to an Opposition to the Motion to Dismiss SHALL be filed within **FOURTEEN (14) days** after the Opposition has been filed in CM/ECF. The Motion to Dismiss will be deemed submitted when the time to reply has expired.

7. Respondent SHALL COMPLETE and RETURN to the Court within **THIRTY (30) days** a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

8. The Clerk of Court is DIRECTED to SERVE a copy of this order along with a copy of the Petition on the Office of the United States Attorney for the Eastern District of California.

These dates should be considered as firm by all parties. If any party requires additional time, they should file a motion for amendment of the schedule before a deadline has passed and explain in detail why the party cannot comply with this schedule. Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 110 are applicable to this order.

IT IS SO ORDERED.

Dated:  **February 11, 2025**              /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE